Tung-Thanh: Doan, Trustee

**TRACEY MINH NGO TRUST**

16422 Rancho Escondido Dr

Riverside, CA 92506

Telephone: 714.887.3068

Email: homesweethomes@protonmail.com


**Tung-Thanh: Doan, IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FEE PAID

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

EDCV25-02279-JGB(DTBx)

| | |
|---|---|
| TRACEY MINH NGO TRUST, | ) Case No.: _____ |
| by and through Trustee Tung-Thanh: Doan, | ) |
| **Plaintiff(s),** | ) **COMPLAINT FOR DAMAGES;** |
| v. | ) **INJUNCTIVE RELIEF;** |
| NEWREZ LLC dba | ) **DECLARATORY RELIEF** |
| SHELLPOINT MORTGAGE SERVICING; | ) (Relating to property located at 3030 |
| ONSLOW BAY FINANCIAL, LLC; | ) Manchester Circle, Corona, CA 92879) |
| and DOES 1–10, | ) |
| Defendant(s). | ) |

Federal Complaint – Page 1 of 4

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction because:

    a. Federal question jurisdiction exists under 28 U.S.C. § 1331, based on claims under the FDCPA and Copyright Act;

    b. Supplemental jurisdiction exists under 28 U.S.C. § 1367 for related state-law claims;

    c. Venue is proper in this District because the property is located here and events occurred here.

## II. PARTIES

2. Plaintiff TRACEY MINH NGO TRUST, appearing by Trustee Tung-Thanh: Doan, is the owner of the property at issue.

3. Defendant NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING is a mortgage servicer and debt collector.

4. Defendant ONSLOW BAY FINANCIAL, LLC claims an interest adverse to Plaintiff.

## III. FACTUAL ALLEGATIONS

5. Defendants acted unlawfully by:

    a. Sending a Notice of Default and Acceleration (Exhibit A);

    b. Ignoring Plaintiff's Debt Validation and Copyright Demand (Exhibit B);

    c. Continuing to send collection bills (Exhibit C);

    d. Ignoring Copyright Infringement Warnings (Exhibit D);

    e. Continuing foreclosure threats (Exhibit E).

## IV. CAUSES OF ACTION

**COUNT I – FDCPA Violations**

6. Defendants violated the FDCPA by:

    a. Failing to cease collection without validation, 15 U.S.C. § 1692g(b);

    b. Making false or misleading representations, 15 U.S.C. § 1692e.

**COUNT II – Copyright Infringement**

7. Defendants infringed Plaintiff's copyrights by:

    a. Using Plaintiff's copyrighted notices without permission;

    b. Continuing use after explicit warning.

**COUNT III – Declaratory Relief**

8. An actual controversy exists as to Defendants' claimed rights. Plaintiff seeks a declaration that Defendants lack standing.

**COUNT IV – Injunctive Relief**

9. Plaintiff faces irreparable harm absent an injunction, including wrongful foreclosure.

**COUNT V – Quiet Title**

10. Plaintiff seeks to quiet title to the property in the Trust's name, free of adverse claims.

**V. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for:

    a. Injunction stopping all foreclosure activity;

    b. Declaration that Defendants lack standing;

    c. FDCPA statutory damages up to $1,000, actual damages, and costs;

    d. Copyright statutory and enhanced damages, plus fees;

    e. Quiet title in favor of Plaintiff;

    f. Such further relief as the Court deems proper.

**VI. JURY DEMAND**

Plaintiff demands trial by jury on all issues.

DATED: _9/2/2025_

_Tung-Thanh : Doan_

**Tung-Thanh: Doan, Trustee**

TRACEY MINH NGO TRUST

Plaintiff, IN PRO PER

**TABLE OF EXHIBITS**


Exhibit A – Notice of Default and Acceleration (attached separately).

Exhibit B – Debt Validation and Copyright Demand (attached separately).

Exhibit C – Collection Bills (attached separately).

Exhibit D – Copyright Infringement Warnings (attached separately).

Exhibit E – Continued Foreclosure Threats (attached separately).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TRACEY MINH NGO TRUST, by and through Trustees Tracey-Minh: Ngo and Tung-Thanh: Doan, Plaintiff,

v.

NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING;

ONSLOW BAY FINANCIAL, LLC, Defendants.


# EXHIBITS TO FEDERAL COMPLAINT (A–E)

# Exhibit A

Notice of Default and Acceleration

Shellpoint Mortgage Servicing
P.O. Box 9103
Temecula, CA 92589-9103



*2403049674*

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Shellpoint Mortgage Servicing
P.O. Box 60535
City of Industry, CA 91716-0535

8/11/2025

NOD & ITC

TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA, CA 92879-6127

Send Correspondence to:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

I Hereby Certify That
This Is A True And Correct
Copy Of The Original Thereof

1 of 3



# shellpoint

Sent Via First-Class Mail®

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*

P.O. Box 10826
Greenville, SC 29603
Phone: 800-365-7107
Fax: 866-467-1137
www.shellpointmtg.com

08/11/2025
TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA, CA 92879-6127

Loan Number:      0693788176
Property Address:  3030 MANCHESTER CIRCLE
                   CORONA, CA 92879

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear TRACEY MINH NGO:

This letter is formal notice by Shellpoint Mortgage Servicing, the Servicer of the above-referenced loan acting on behalf of ONSLOW BAY FINANCIAL , LLC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

If you have questions about any of the items contained in this notice, or need any additional information, please contact Terry Norwood at (866) 825-2174 whom we have designated as your single point of contact.

As of the date of this notice, the total amount required to cure the default is $11,159.94, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2025 |
| Total Monthly Payments Due: | | $11,129.94 |
| 06/01/2025 | at | $3,709.98 |
| 07/01/2025 | at | $3,709.98 |
| 08/01/2025 | at | $3,709.98 |
| Late Charges: | | $0.00 |
| Corporate Advance Balance: | | $30.00 |
| Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$11,159.94** |

You can cure this default by making a payment of $11,159.94 by 09/15/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. For the exact amount you must pay to bring your loan current, please contact Terry Norwood at (866) 825-2174. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

2 of 3



CA_DEMAND      Rev. 05/2025
Page 1 of 3

2403049674

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.**

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, please notify Shellpoint Mortgage Servicing immediately. When contacting Shellpoint Mortgage Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Terry Norwood toll-free at (866) 825-2174 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Thank you for your prompt attention to this matter.

Sincerely,

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
800-365-7107

*I Hereby Certify That This Is A True and Correct Copy Of The Original I bereat*

*By*

8/11/2025

NOD ø ITC

3 of 3



CA_DEMAND    Rev. 05/2025

2403049674

# Exhibit B

Debt Validation Demand Letter (07/14/2025)

From:  TRACEY MINH NGO TRUST

16422 Rancho Escondido Dr.

Riverside, CA 92506

*sent out*

July 14th, 2025

**Certified Mail : 7018 1130 0000 7082 8486**

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*

By: ___

To:  NEWREZ LLC. dba SHELLPOINT MORTGAGE SERVING

PO BOX 10826

GREENVILLE, SC 29603

Account Number: 0693788176

Dear NEWREZ LLC and/or SHELLPOINT MORTGAGE SERVING,

We have received a statement billing to  TRACEY MINH NGO saying that we owe  SHELLPOINT MORTGAGE SERVING, your company with the amount of $7,419.96 for the account number 0693788176.

We acknowledge that you are a Debt  Collector with the intent to collect a debt. We received the written statement or legal presentment to collect debt that does not belong to us.

According to 15 USC 1692g, we demand you to validate this DEBT VALIDATION upon which you need to send us in writing four things to support your proof of claim as followings:

1. We want you to send a detail list of history of payments that we sent to your company that we made to pay on this account.
2. We want to see the signature that I put on a contract guaranteeing that I would pay you as Creditor.
3. We are asking that has there been any insurance claim found on this debt.
4. We want to see that you have the chain of title to collect on this debt.

We look forward to hear from you.

Sincerely,

Tung-Thanh: Doan, Trustee

1 of 8

*Sent out*
*July 14, 2025*

7018 1130 0000 7082 8486

# COMMON LAW COPYRIGHT NOTICE
### copyright © 1978 TRACEY MINH NGO TRUST.

**Notice Provided Under Certified Mail No.** 7018 1130 0000 7082 8486

**Lawful/Legal Notice provided to:**

*Shellpoint Mortgage Servicing*
*PO Box 10826*
*Greenville, SC 29603*

This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.

I Hereby Certify That This Is A True And Correct Copy Of The Original Document. By: ____

**Copyright Notice: All rights reserved.**
Copyright of trade-name/trademark TRACEY MINH NGO© TRUST including any and all derivatives and variations in the spelling, i.e. <u>NOT</u> limited to all capitalized names: TRACEY MINH NGO TRUST ©, TRACEY MINH NGO©, or any derivatives thereof are under Copyright 1978. Said common-law trade-name/trademark, TRACEY MINH NGO© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

**With the Intent of being Contractually Bound,** any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of TRACEY MINH NGO©, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of TRACEY MINH NGO©, and all such unauthorized use is strictly prohibited.

**By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH.**
**You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.; or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and TRACEY MINH NGO TRUST© is Secured Party, and signifies that User:

b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;

d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

Common Law Copyright Notice            Page 1            Item# TMN-092078--CLC

2 of 8

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1978 TRACEY MINH NGO TRUST.

f)    Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Tracey-Minh: Ngo, Autograph Common Law Copyright 1976. Unauthorized use of "Tracey-Minh: Ngo" incurs same unauthorized-use fees as those associated with TRACEY MINH NGO© TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone:_____
E-Mail: _____
Or the address provided on the envelope.

Tracey-Minh: Ngo TTEE

_Tracey-Minh: Ngo_
Without Prejudice/Without Recourse
On behalf of TRACEY MINH NGO TRUST©,
Copyright 1978. All Rights Reserved.

**JURAT**

County of _Orange_ )
_____ ) Scilicet
_Florida_ State )

SUBSCRIBED AND SWORN TO before me this ____12th____ day of
_December_ A.D. 20.17

_Deyonte Gallegos_ Seal
Notary Public Signature
My Commission Expires____7/24/21

DEYONTE ANTHONY GALLEGOS
MY COMMISSION # GG127830
EXPIRES July 24, 2021

9414 7118 9956 0695 6992 84

Return Receipt 9590 9402 9279 4295 3698 89

# LEGAL NOTICE & DEMAND FOR DEBT VALIDATION

Sent out

Date: August 14, 2025

This document serves as a formal legal notice to both Shellpoint Mortgage Servicing and Onslow Bay Financial LLC that all alleged debts, claims, and collection activities regarding the account listed herein are formally disputed. This is a request for validation pursuant to the Fair Debt Collection Practices Act (FDCPA, 15 USC § 1692g) and the Fair Credit Reporting Act (FCRA, 15 USC § 1681). This document also serves as a final notice that you are in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g, by failing to provide full and complete validation of the alleged debt referenced in your prior communications, despite my lawful demand made on July 14, July 16 and July 18, 2025 via certified mail (Tracking Nos. 70181130000070828486, 70181130000070828462, 70181130000070828479).

**To:**
Newrez LLC dba Shellpoint Mortgage Servicing
P.O. Box 10268
Greenville, SC 29603

Onslow Bay Financial LLC
1211 Avenue of the Americas, 41st Floor New
York, NY 10036

**From:**
TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside CA 92506

**RE:** Debt Validation Request – Loan #0693788176 – Alleged Balance $11,129.94

To Whom It May Concern,

This is a formal dispute of the above-referenced alleged debt. Your recent correspondence dated July 21, 2025, states that the owner of the loan is **Onslow Bay Financial LLC**, while your mortgage statement dated July 18, 2025, demands payment directly to **Shellpoint Mortgage Servicing**. This inconsistency raises serious concerns about the validity and enforceability of the alleged debt and your authority to collect it.

Pursuant to FDCPA § 1692g, you are required to provide, in writing:
1. The original signed promissory note and allonges.
2. The complete chain of title from the original creditor to the present owner, including datesand assignments.
3. Proof of your authority to collect on behalf of the current owner, including servicingcontracts.

4. Full account history showing every transaction, fee, escrow adjustment, and insurancepayout.
5. Any insurance claims made related to this loan.
6. The name, address, and contact information of the original creditor and all subsequent assignees.

**Copyright/Trademark Notice:** The name "TRACEY MINH NGO" and any derivatives thereof are the exclusive intellectual property of the undersigned, protected under common law and applicable federal copyright and trademark law. Unauthorized commercial use, including in financial instruments, databases, or collection activities, is strictly prohibited. Any continued use without express written consent will be billed at a statutory rate of $500,000 per occurrence and will constitute willful infringement subject to legal action.

**Cease & Desist:** Until you provide the above validation, you must immediately cease all collection activity, credit reporting, and third-party communications regarding this account. Any violation will be documented and used as evidence in a formal complaint to the Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and in potential civil litigation.

If you fail to respond within 30 days, this matter will be considered closed, and your continued pursuit will be treated as a knowing and intentional violation of federal law.

Sincerely,

*Tracey- Minh: Ngo*
Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO Trust

*Doan, Tung, Thanh*
Tung-Thanh: Doan, Trustee
TRACEY MINH NGO Trust

Certified Mail - Return Receipt
9414 7118 9956 0695 6779 16

Return Receipt # 9590 9402 9279 4295 3699 02

# FDCPA VIOLATION NOTICE & AFFIDAVIT

TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside, CA 92506

*sent out*

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*
*By.*

August 14, 2025

*Before that.*

Via Certified Mail – Return Receipt Requested
Tracking Nos: 70181130000070828486, 70181130000070828462, 70181130000070828479


TO: NEWREZ LLC dba
SHELLPOINT MORTGAGE SERVICING
P.O. Box 10268
GREENVILLE, SC 29603


RE: NOTICE OF CONTINUED VIOLATIONS & DEMAND FOR IMMEDIATE CEASE AND DESIST

This correspondence constitutes a formal demand and notice under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 et seq., arising from your continued unlawful collection activities after receipt of my prior Debt Validation Notices sent via certified mail on July 14, 2025 and July 16, 2025.

Despite your receipt of these notices, you have continued to send billing statements, assign or attempt to assign the alleged debt, and otherwise engage in collection activity without having provided the documentation required under 15 U.S.C. § 1692g(b). This constitutes willful violations of 15 U.S.C. §§ 1692e, 1692f, and 1692g.

You are hereby instructed to immediately:

1. Cease all collection activity, including the issuance of statements, letters, or phone calls.
2. Cease any sale, transfer, or assignment of the alleged debt.

Aug 14, 2025
1 of 3

3. Provide full validation of the alleged debt, including but not limited to a signed
   contract,complete payment history, and chain of title.

Failure to comply will result in immediate legal action, including filing suit for statutory
damages of up to $500,000 per violation, actual damages, costs, and attorney's fees
pursuant to 15 U.S.C. § 1692k.

This letter serves as your final warning prior to litigation.

Sincerely,

*Doan, Tung-Thanh*

Tung-Thanh :Doan, Trustee

*Ngo, Tracey-Minh*

Tracey-Minh: Ngo, Trustee


---

AFFIDAVIT OF FACT

I, Tung-Thanh :Doan, Trustee, and I, Tracey-Minh :Ngo, Trustee, declare under penalty of
perjury that the foregoing statements are true and correct to the best of our knowledge.

Executed on this 14th day of August, 2025.

*Doan, Tung-Thanh* Tung-
Thanh :Doan, Trustee

*Ngo, Tracey-Minh* Tracey-
Minh :Ngo, Trustee

Notary Public: _____

My Commission Expires: _____

SEE ATTACHED
NOTARIAL CERTIFICATE

8/14/25
*signature*

Aug14,2025
2 of 3

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of _Riverside_  }

On _Aug 14, 2025_ before me, _Simone B Metters (Notary Public)_,
    Date                                            Here Insert Name and Title of the Officer

personally appeared _Tung Thanh Doan, Tracey-Minh Ngo_
                                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

SIMONE B. METTERS
Notary Public - California
Riverside County
Commission # 2381610
My Comm. Expires Nov 3, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Place Notary Seal and/or Stamp Above*

Signature _Simone B Metters_
                              *Signature of Notary Public*

---

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  Signer's Name: _____
☐ Corporate Officer – Title(s): _____  ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General  ☐ Partner – ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact  ☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator  ☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____  ☐ Other: _____
Signer is Representing: _____  Signer is Representing: _____

---

©2019 National Notary Association

Aug 14, 2025
3 of 3

# Exhibit C

Defendants' Response Letter (08/11/2025)



**shellpoint**®

Coral Springs, FL 33077-0128
**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
Forwarding Service Requested

Questions? We're here to help.

**Toll-Free Phone:** 800-365-7107

**Hours of Operation:**
Mon–Thur: 8:00AM–9:00PM ET
Fri: 8:00AM–9:00PM ET
Sat: 10:00AM–2:00PM ET

**Correspondence Address:**
P.O. Box 10826
Greenville, SC 29603

**www.shellpointmtg.com**

**Loan Number:**
0693788176

**Property Address:**
3030 MANCHESTER CIRCLE
CORONA, CA 92879

0156 ▲ 0 0 4 4 1 5
Tracey Minh Ngo
3030 Manchester Cir
Corona CA 92879-6127

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*

*By:*

Register your account online today.

Scan the QR code with
your mobile phone.



August 11, 2025

NEVER MISS A PAYMENT
Sign up for automatic
drafts today!



Dear Homeowner(s):

This letter is to acknowledge your recent inquiry regarding the above referenced loan. Due to the complex nature of the matter, we kindly request additional time to provide a thorough and accurate response.

We sincerely apologize for any inconvenience this may cause and want to assure you that our team is diligently working to address your concerns. You can expect a response from us within the allotted time frame required for such inquiries.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 800-365-7107.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Customer Care Team
Shellpoint Mortgage Servicing

# Exhibit E

Defendants' Billing Statements (June–August 2025)

# shellpoint®





P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20  L-TILA  R-101
PLVI2D00202347 - 827136107 I08428
TRACEY NGO
3030 MANCHESTER CIRCLE
CORONA CA 92879-6127

| CONTACT INFORMATION | |
| --- | --- |
| Correspondence: | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| Business Hours: | Monday - Friday: 8:00AM-9:00PM |
| | Saturday: 10:00AM-2:00PM |
| Phone Number: | 800-365-7107 |
| Fax: | 866-467-1137 |
| Website: | www.shellpointmtg.com |

Loan Number:    0693788176



05/23/2025

## NOTICE OF SALE OF OWNERSHIP OF MORTGAGE LOAN

Dear Tracey Ngo :

Under federal law, borrowers must be notified in writing whenever ownership of a mortgage loan is sold, transferred or assigned ("sold") to a new owner.  This Notice is to inform you that the prior owner of your loan sold your loan to the new owner identified below (the "New Owner") on 05/30/2025.

**SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR LOAN, PLEASE CONTACT SHELLPOINT MORTGAGE SERVICING ("SHELLPOINT") USING THE CONTACT INFORMATION LISTED BELOW.**  Shellpoint is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform the New Owner of your request and communicate to you any decision with respect to such request.

**LOAN INFORMATION**

Borrower: Tracey Ngo
Date of Loan: 04/08/2025
Original Amount of Loan: $572,000.00
Date Your Loan was Transferred to the New Owner: 05/30/2025
Address of Mortgaged Property: 3030 MANCHESTER CIR, Corona, CA 92879

**AS OF 06/01/2025 YOUR SERVICER IS Shellpoint Mortgage Servicing**

Mailing Address:              P.O. Box 10826, Greenville, SC 29603-0826
Telephone Number(Toll free):  800-365-7107
Fax Number:                   866-467-1137

Scope of responsibilities: The servicer is responsible for ongoing administration of your loan, including receipt of legal notices, receipt and processing of payments, resolution of payment-related issues, and response to any other inquiries you may have regarding your loan.

**YOUR NEW OWNER IS ONSLOW BAY FINANCIAL LLC??**

Mailing Address: 1211 AVENUE OF THE AMERICAS, 41ST FLOOR, NEW YORK, NY 10036
Telephone Number : (888)-228-3861

Scope of responsibilities: The New Owner holds legal title to your loan (transfer of ownership has not been publicly recorded).

The New Owner has hired Shellpoint to service your mortgage loan and to act as agent for the New Owner.

**Please be advised that all questions involving the administration of your loan should be directed to Shellpoint at the number above and NOT to the New Owner.  The New Owner does not have access to information relating to the administration of your loan, will not be able to answer most loan-related questions, and, accordingly, will refer inquiries it receives to Shellpoint.**

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013



# shellpoint®

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

1-811-13147-0027604-002-1-000-010-000-000

ıllıılıılıılıılıılıılıılı'ııllıılıılıılıılıılıılıılıılıılıll

TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA CA 92879-6127

| | |
|---|---|
| **Account Number** | **0693788176** |
| **Next Due Date** | 07/01/2025 |
| **Amount Due** | **$7,419.96** |
| If payment is received after 07/16/2025, $185.50 late fee may be assessed. | |

| | |
|---|---|
| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $495.25 |
| Interest | $3,214.73 |
| Escrow (Taxes and Insurance) | $0.00 |
| Less Buydown | $0.00 |
| **Regular Monthly Payment** | **$3,709.98** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $3,709.98 |
| **Total Amount Due** | **$7,419.96** |

## Account Information

| | |
|---|---|
| Outstanding Principal | $572,000.00 |
| Interest Rate | 6.7500% |
| Prepayment Penalty | None |
| Property Address: | 3030 MANCHESTER CIRCLE |
| | CORONA CA 92879 |
| Contractual Due Date: | June 1, 2025 |
| Current Escrow Balance | $0.00 |
| Deferred Principal | $0.00 |
| Deferred Interest | $0.00 |
| Assistance Balance | $0.00 |
| Reserve Balance | $0.00 |
| Maturity Date | 05/01/2055 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (05/18/2025 - 06/16/2025)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | *No transaction activity during this period.* | | |

## Important Messages

**\*Partial Payments:** Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.

## Additional Messages

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-9:00PM, and Saturday 10:00AM-2:00PM Eastern Time.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

See Total Payment Amount Breakdown on page 2.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

Detach and return with payment

Statement Date: 06/17/2025



# shellpoint®

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



S-SFRECS20 L-1031 R-131
PM3ELZ01A00371 - 832781709 I08330
TRACEY MINH NGO
3030 MANCHESTER CIRCLE
CORONA CA 92879-6127

| **CONTACT INFORMATION** | |
|---|---|
| Correspondence: | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| Business Hours: | Monday - Friday: 8:00AM-9:00PM |
| | Saturday: 10:00AM-2:00PM |
| Phone Number: | 800-365-7107 |
| Fax: | 866-467-1137 |
| Website: | www.shellpointmtg.com |

Loan Number:    0693788176
Property Address:    3030 MANCHESTER CIRCLE
CORONA, CA 92879

07/09/2025

Dear Homeowner,

We understand that financial circumstances may change from time to time, which can affect your ability to meet your obligations. We're concerned about your recently missed mortgage payment(s) and want to offer our assistance in case you are unable to catch up.

This is a regulatory notice. We are sending this notice to you because you are behind on your mortgage payment(s). As of the date of this letter, the total amount due is $7,419.96. Because interest, late charges, and other fees vary from day to day, the amount you owe may change. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the loss mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our SPOC department at 800-365-7107. Documents can also be faxed to us at 866-467-1137. Please reference your loan number when contacting us regarding this request.

If your loan was transferred from another servicer and you have entered into an approved loss mitigation plan with your prior loan servicer or if you had a loss mitigation application in process with your prior servicer, please contact us to confirm that the loss mitigation plan information, or application and documentation, were properly transferred to Shellpoint Mortgage Servicing. We will follow up with your prior servicer to receive the documents you provided them or they provided you in response.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

---

### We Are Here to Help—Call Us at 800-365-7107

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for an option to avoid foreclosure.
**Consulte la página siguiente para obtener más información importante sobre cómo comunicarse con nosotros, las opciones disponibles y la información del consejero de vivienda en español.**

---

## Options May Be Available

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home while avoiding foreclosure.

If you need help, the following options may be possible (most are subject to lender approval):

- Refinance your loan with us or another lender;
- Modify your loan terms with us;
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013

# shellpoint®



P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



S-SFRECS20  L-1070  R-131
PM3NK300207370 - 832933102 I29478
TRACEY MINH NGO
3030 MANCHESTER CIRCLE
CORONA CA 92879-6127

| CONTACT INFORMATION | |
| --- | --- |
| **Correspondence:** | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| | Saturday: 10:00AM-2:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1137 |
| **Website:** | www.shellpointmtg.com |



07/11/2025

Loan Number:    0693788176
Property Address: 3030 MANCHESTER CIRCLE
                  CORONA, CA 92879

Dear Homeowner,

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service", or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 39014043) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Air Force, Army, Coast Guard, Marine Corps, Navy, and Space Force).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service-members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections are Servicemembers Entitled to Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6% during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does a Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

Mail:        Shellpoint Mortgage Servicing
             P.O. Box 10826
             Greenville, SC 29603-0826
Facsimile:   866-467-1137
Phone:       800-365-7107
Email:       lossmitigation@shellpointmtg.com

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013

# shellpoint.

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 · Dallas, TX 75261-9063

9-811-13868-0026585-002-1-000-010-000-000



TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA CA 92879-6127

## MORTGAGE STATEMENT

Statement Date: 07/18/2025

| | |
|---|---|
| **Account Number** | **0693788176** |
| **Next Due Date** | 08/01/2025 |
| **Amount Due** | **$11,129.94** |

*If payment is received after 08/16/2025, $185.50 late fee may be assessed.*

Phone:       800-365-7107
Website:     www.shellpointmtg.com

### Explanation of Amount Due

| | |
|---|---|
| Principal | $498.04 |
| Interest | $3,211.94 |
| Escrow (Taxes and Insurance) | $0.00 |
| Less Buydown | |
| **Regular Monthly Payment** | **$3,709.98** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $7,419.96 |
| **Total Amount Due** | **$11,129.94** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $572,000.00 |
| Interest Rate | 6.7500% |
| Prepayment Penalty | None |
| Property Address: | 3030 MANCHESTER CIRCLE |
| | CORONA CA 92879 |
| Contractual Due Date: | June 1, 2025 |
| Current Escrow Balance | $0.00 |
| Deferred Principal | $0.00 |
| Deferred Interest | $0.00 |
| Assistance Balance | $0.00 |
| Reserve Balance | $0.00 |
| Maturity Date | 05/01/2055 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity (06/17/2025 - 07/17/2025)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | *No transaction activity during this period.* | | |

### Important Messages

***Partial Payments:** Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.*

### Additional Messages

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-9:00PM, and Saturday 10:00AM-2:00PM Eastern Time.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

### **Delinquency Notice**

**You are late on your loan payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 07/18/2025, you are 47 days delinquent on your loan.

**Recent Account History**
  Payment due 06/01/25:   unpaid balance of $3,709.98
  Payment due 07/01/25:   unpaid balance of $3,709.98
  Payment due 08/01/25:   current payment due
**Total: $11,129.94 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.
See Total Payment Amount Breakdown on page 2.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

Detach and return with payment

Detach and return with payment.

# shellpoint.

Loan Number:   0693788176
TRACEY MINH NGO

Property Address:
3030 MANCHESTER CIRCLE
CORONA CA 92879

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 60535
CITY OF INDUSTRY, CA 91716-0535

| Amount Due | |
| --- | --- |
| Payment Due Date | 08/01/2025 |
| Total Amount Due | $11,129.94 |
| $185.50 late fee may be charged after 08/16/2025 | |

Please write clearly inside space provided

| | |
| --- | --- |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

*I Hereby Certify That This Is A True And Correct Copy Of The Original*

01002288000000001112994003709980038954806937881761080125081625 8

---

¿Habla español? Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following;
U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt; please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

Allowable fees may apply for returned or rejected payments.

Payments made by check are processed electronically by using the information listed on the check. Payments by check authorize us to create a one-time electronic funds transfer and process the payment as either a paper check or electronic draft. The check will not be returned to you.

| Payment Breakdown | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Unpaid Balance | | Unpaid Balance | | Unpaid Balance | |
| | Payment Due 08/01/2025 | $3,709.98 | Payment Due 07/01/2025 | $3,709.98 | Payment Due 06/01/2025 | $3,709.98 |

| | |
| --- | --- |
| Total Interest Balance | $0.00 |
| Default Interest | $0.00 |
| Late Charge Balance | $0.00 |
| Insufficient Funds Balance | $0.00 |
| Legal Fee Balance (details below)* | $0.00 |
| Total Deferred Interest Balance | $0.00 |
| Total Additional Balance | $0.00 |
| Unapplied Amount | $0.00 |
| Total Late Charge Balance | $0.00 |
| **Total** | **$11,129.94** |

**shellpoint**®

Coral Springs, FL 33077-0128
**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
Forwarding Service Requested

Questions? We're here to help.

**Toll-Free Phone:** 800-365-7107

**Hours of Operation:**
Mon–Thur: 8:00AM–9:00PM ET
Fri: 8:00AM–9:00PM ET
Sat: 10:00AM–2:00PM ET

**Correspondence Address:**
P.O. Box 10826
Greenville, SC 29603

**www.shellpointmtg.com**

**Loan Number:**
0693788176

0150 ▲ 0 0 2 6 7 0
Tracey Minh Ngo
3030 Manchester Cir
Corona CA 92879-6127

**Property Address:**
3030 MANCHESTER CIRCLE
CORONA, CA 92879



NEVER MISS A PAYMENT
Sign up for automatic
drafts today!

August 25, 2025

Dear Homeowner(s):

This letter is to acknowledge your recent inquiry regarding the above referenced loan.

We are working to gather the requested information and will forward it to you as soon as possible.

In the event you are seeking creditor information, the owner of your loan is ONSLOW BAY FINANCIAL , LLC, and their address is:

1211 AVENUE OF AMERICA
41ST FLOOR
NEW YORK, NY 10036

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 800-365-7107.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Customer Care Team
Shellpoint Mortgage Servicing

# shellpoint®

Coral Springs, FL 33077-0128
**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
Forwarding Service Requested

Questions? We're here to help.

**Toll-Free Phone:** 800-365-7107

**Hours of Operation:**
Mon–Thur: 8:00AM–9:00PM ET
Fri: 8:00AM–9:00PM ET
Sat: 10:00AM–2:00PM ET

**Correspondence Address:**
P.O. Box 10826
Greenville, SC 29603

www.shellpointmtg.com

**Loan Number:**

0693788176

**Property Address:**
3030 MANCHESTER CIRCLE
CORONA, CA 92879

0150 ▲ 0 0 0 6 4 4
Tracey Minh Ngo
3030 Manchester Cir
Corona CA 92879-6127

Register your account online today.

Scan the QR code with
your mobile phone.





**July 21, 2025**

NEVER MISS A PAYMENT
Sign up for automatic
drafts today!



Dear Homeowner(s):

This letter is to acknowledge your recent inquiry regarding the above referenced loan.

We are working to gather the requested information and will forward it to you as soon as possible.

In the event you are seeking creditor information, the owner of your loan is ONSLOW BAY FINANCIAL
, LLC, and their address is:

1211 AVENUE OF AMERICA
41ST FLOOR
NEW YORK, NY 10036

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service.
If you have any questions or need assistance, please contact us at 800-365-7107.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de
esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Customer Care Team
Shellpoint Mortgage Servicing

# Exhibit D

Plaintiff's Copyright and FDCPA Notices (08/14/2025)

Certified Mail - Return Receipt
9414 7118 9956 0695 6775 94

Return Receipt # 9590 9402 9279 4295 3698 96

# COPYRIGHT INFRINGEMENT NOTICE & AFFIDAVIT

TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside, CA 92506

*Sent out*

August 14, 2025

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*
*By:*

Via Certified Mail – Return Receipt Requested
Tracking No: 7018113000070828479

TO: NEWREZ LLC dba
Shellpoint Mortgage Servicing
PO Box 10268
Greenville, SC 29603

RE: FORMAL NOTICE OF COPYRIGHT INFRINGEMENT & DEMAND FOR DAMAGES

On July 18, 2025, I served you with a formal copyright infringement notice, which you received as evidenced by USPS Certified Mail Return Receipt. In that notice, you were instructed to immediately cease any use of the name "TRACEY MINH NGO" in any form, including on statements, correspondence, or collections-related materials.

You were afforded a ten (10) day cure period. Despite this, you have willfully continued to use the protected name after the cure period expired, including in a recent statement received on August 12, 2025.

This conduct constitutes a willful infringement under 17 U.S.C. §§ 101, 501, and 504. As stated in my prior notice, damages are hereby demanded in the amount of $500,000 per violation. You are further instructed to:

1. Immediately cease all use of the protected name.

**CALIFORNIA ACKNOWLEDGMENT**                                              CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Riverside_ }

On _Aug 14, 2025_ before me, _Simone B Metters (notary Public)_,
     Date                                         Here Insert Name and Title of the Officer

personally appeared _Tung Thanh Doan , Tracey·Minh Ngo_
                                         Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

SIMONE B. METTERS
Notary Public - California
Riverside County
Commission # 2381610
My Comm. Expires Nov 3, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Simone B Metters_
                       Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

---

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  Signer's Name: _____
☐ Corporate Officer – Title(s): _____  ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General  ☐ Partner – ☐ Limited ☐ General
☐ Individual  ☐ Attorney in Fact  ☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator  ☐ Trustee  ☐ Guardian or Conservator
☐ Other: _____  ☐ Other: _____
Signer is Representing: _____  Signer is Representing: _____

©2019 National Notary Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

TRACEY MINH NGO TRUST, by and through Trustees
Tracey-Minh: Ngo and Tung-Thanh: Doan,
Plaintiffs,

v.

Shellpoint Mortgage Servicing; Onslow Bay Financial, LLC;
and DOES 1–10, inclusive,
Defendants.

**Case No: (TBD)**

**NOTICE OF RELATED CASE**

NOTICE IS HEREBY GIVEN that the above-entitled action is related to a case now pending in the Superior Court of California, County of Riverside, entitled:

TRACEY MINH NGO TRUST v. Shellpoint Mortgage Servicing; Onslow Bay Financial, LLC, et al., Case No. (TBD).

The actions involve the same parties and the same property, located at 3030 Manchester Circle, Corona, California 92879, and arise from the same transactions and occurrences. To promote judicial economy and avoid conflicting rulings, Plaintiffs provide notice of this related case.

Dated: 9/2/2025

Tung-Thanh: Doan _____ Tung-Thanh: Doan, Trustee, In Pro Per

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VERIFICATION OF EXHIBITS**

I, Tung-Thanh: Doan, Trustee of the TRACEY MINH NGO TRUST,

declare that I am the Plaintiff in the above-entitled action. I have reviewed the attached Exhibits A through I

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true a

Dated: 9/2/2025

TUNG-THANH: DOAN, Trustee, In Pro Per
Attorney for Plaintiff TRACEY MINH NGO TRUST